UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO. 8:11-cv-01772-AW

| | |
|---|---|
| PATRICK COLLINS, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1-22.<br><br>　　Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE OF DOE 20 ONLY</u>** |

**PLEASE TAKE NOTICE** that Doe 20 not having filed an answer or motion for summary judgment, Plaintiff hereby voluntary dismisses <u>without prejudice</u> pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Doe Defendant 20 who was assigned the IP Address 71.255.194.30. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　PATRICK COLLINS, INC., PLAINTIFF

　　　　　　　　　　　　　　　　　　　By  */s/ Jon A. Hoppe*_____
　　　　　　　　　　　　　　　　　　　　　Jon A. Hoppe, Esquire #6479
　　　　　　　　　　　　　　　　　　　　　Maddox, Hoppe, Hoofnagle &
　　　　　　　　　　　　　　　　　　　　　Hafey, L.L.C.
　　　　　　　　　　　　　　　　　　　　　1401 Mercantile Lane #105
　　　　　　　　　　　　　　　　　　　　　Largo, Maryland 20774
　　　　　　　　　　　　　　　　　　　　　(301) 341-2580

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this October 4, 2011 the foregoing document was served via the CM/ECF system on the persons set forth on the service list.

Service List

Eric J. Menhart (Bar No. 16869)
CyberLaw P.C.
1200 G St NW Suite 800
Washington, DC 20005
Phone: 202-904-2818
Fax: 202-403-3436
Email: eric.menhart@cyberlaw.pro

                                                                   */s/ Jon A. Hoppe*_____
                                                                    Jon A. Hoppe, Esquire