IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICK COLLINS, INC.,<br>Plaintiff,<br><br>v.<br><br>DOES 1 – 22,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 11-cv-01772-AW |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **Order**

Pending before the Court is Defendant John Doe #20's motion to dismiss for failure to state a claim and dismiss or sever for misjoinder, or in the alternative, to quash subpoena. *See* Doc. No. 9. In response to Defendant's motion, Plaintiff voluntarily dismissed Defendant John Doe #20 from this action, without prejudice. *See* Doc. No. 10. Accordingly, it is, this 5th day of October, 2011, ordered that:

1) Defendant John Doe #20's motion to dismiss for failure to state a claim or to dismiss or sever for misjoinder and motion to quash the subpoena, Doc. No. 9, is DENIED as moot;

2) Plaintiff's voluntary dismissal of John Doe #20, Doc. No. 10, is approved and John Doe #20 is DISMISSED from this case; and

3) The Clerk transmit a copy of this Order to Counsel.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE