IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| **PATRICK COLLINS, INC.** | * | |
| **PLAINTIFF,** | * | |
| | * | |
| V. | | CASE NO. 11-CV-01772-AW |
| | * | |
| **JOHN DOES 1-22,** | | |
| | * | |
| **DEFENDANTS.** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearance of Bradley F. Fowler, Esquire, and Franklin & Prokopik, P.C., Two North Charles Street, Suite 600, Baltimore, Maryland 21201, as counsel for Defendant John Doe #3.

                                                  /s/
                                Bradley F. Fowler (#29629)
                                Franklin & Prokopik
                                The B&O Building
                                Two North Charles Street, Suite 600
                                Baltimore, Maryland  21201
                                (410) 230-3050
                                (410) 752-6868 (fax)
                                bfowler@fandpnet.com
                                *Attorneys for Defendant* John Doe #3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2011, a copy of the foregoing Line, was served, *via* first class mail, postage pre-paid, upon:

        Jon A. Hoppe, Esq.
        Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
        1401 Mercantile Lane #105
        Largo, Maryland 20774

*Attorneys for Plaintiff*

Eric J. Menhart
CyberLaw P.C.
1200 G St. NW, Suite 800
Washington, D.C. 20005
*Attorneys for Defendant John Doe #20*

                          /s/
                 Bradley F. Fowler