IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| **PATRICK COLLINS, INC.** | * |
|     **PLAINTIFF,** | * |
| | * |
| v. | CASE NO. 11-CV-01772-AW |
| | * |
| **JOHN DOES 1-22,** | |
| | * |
|     **DEFENDANTS.** | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## LINE JOINING MOTION

John Doe #3, Defendant, by its undersigned attorneys and pursuant to FED. R. CIV. P. 12(b)(6), joins John Doe #20's *Motion to Dismiss for Failure to State a Claim or to Dismiss or Sever for Misjoinder and Motion to Quash the Subpoena,* and adopts the same by reference as if fully set forth herein.

**WHEREFORE**, John Doe #3, respectfully request that this Honorable Court enter an Order:

    a.     Granting the *Motion to Dismiss for Failure to State a Claim or to Dismiss or Sever for Misjoinder and Motion to Quash the Subpoena* as to Defendant John Doe #3;

    b.     Quashing the subpoena issued to Comcast; and

    c.     Dismissing the Complaint, with prejudice; and

    d.     Granting such other and further relief as the nature of this case requires.

Respectfully submitted,

_____/s/_____
Bradley F. Fowler, Fed Bar No. 29629

>Franklin & Prokopik
>Two N. Charles St., Ste. 600
>Baltimore, MD 21201
>(410) 752-8700
>(410) 752-6868 (Fax)
>bfowler@fandpnet.com
>
>*Attorneys for Defendant John Doe #3*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2011, a copy of the foregoing Line, was served, *via* first class mail, postage pre-paid, upon:

>Jon A. Hoppe, Esq.
>Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
>1401 Mercantile Lane #105
>Largo, Maryland 20774
>*Attorneys for Plaintiff*
>
>Eric J. Menhart
>CyberLaw P.C.
>1200 G St. NW, Suite 800
>Washington, D.C. 20005
>*Attorneys for Defendant John Doe #20*

>_____/s/_____
>Bradley F. Fowler

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| **PATRICK COLLINS, INC.** | * | |
| **PLAINTIFF,** | * | |
| | * | |
| v. | | CASE NO. 11-CV-01772-AW |
| | * | |
| **JOHN DOES 1-22,** | | |
| | * | |
| **DEFENDANTS.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

[PROPOSED] ORDER

In consideration of John Doe #3's *Motion to Dismiss for Failure to State a Claim or to Dismiss or Sever for Misjoinder and Motion to Quash the Subpoena*, and response thereto and any Hearing thereon, it is this __ day of _____, 2011, hereby:

ORDERED that any subpoena seeking information about John Doe #3 (IP Address 68.50.186.167) is hereby QUASHED, and it is further;

ORDERED that Plaintiff's Complaint against John Doe #3 (IP Address 68.50.186.167) is hereby DISMISSED.

Date: _____                             _____
                                               JUDGE, UNITED STATES DISTRICT COURT
                                                 FOR THE DISTRICT OF MARYLAND

cc:

(continued on following page)

Bradley F. Fowler, Esq.
Franklin & Prokopik
Two N. Charles St., Ste. 600
Baltimore, MD 21201
*Attorneys for Defendant John Doe #3*

Jon A. Hoppe, Esq.
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
*Attorneys for Plaintiff*

Eric J. Menhart
CyberLaw P.C.
1200 G St. NW, Suite 800
Washington, D.C. 20005
*Attorneys for Defendant John Doe #20*