UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO. 8:11-cv-01772-AW

| | |
|---|---|
| PATRICK COLLINS, INC.<br><br>     Plaintiff,<br><br>v.<br><br>JOHN DOES 1-22.<br><br>     Defendants. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOE 15 ONLY** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 15. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendant 15 from this action without prejudice. John Doe 15 was assigned the IP Address 108.28.182.86. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 15 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

     Respectfully Submitted,

                                        PATRICK COLLINS, INC., PLAINTIFF

                                        By  /s/ Jon A. Hoppe_____
                                             Jon A. Hoppe, Esquire #6479
                                             Maddox, Hoppe, Hoofnagle &
                                             Hafey, L.L.C.
                                             1401 Mercantile Lane #105
                                             Largo, Maryland 20774
                                             (301) 341-2580

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this October 19, 2011 the foregoing document was served via the CM/ECF system on the persons set forth on the service list.

Service List

Eric J. Menhart , Esquire
CyberLaw P.C.
1200 G St NW Suite 800
Washington, DC 20005

Bradley F. Fowler, Esquire
Franklin & Prokopic, PC
Two North Charles Street #600
Baltimore, Maryland 21201

                                                        _/s/ Jon A. Hoppe_____
                                                        Jon A. Hoppe, Esquire