## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

### CASE NO. 8:11-cv-01772-AW

PATRICK COLLINS, INC.

      Plaintiff,

v.

ELLEN HARRIS.

      Defendant.

### DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Jon A. Hoppe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1.     I am the attorney for the plaintiff in this action.

2.     An amended complaint was filed herein on March 21th, 2012.

3.     Defendant, ELLEN HARRIS, was served by CM/ECF on the same day.

4.     More than twenty one (21) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

### DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of April, 2012.

_____
Attorney for Plaintiff

EXHIBIT A