

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Reply to Southern Division Address                                    Elizabeth B. Snowden, Chief Deputy

May 23, 2012

Jon Alexander Hoppe
Maddox Hoppe Hoofnagle and Hafey LLC
1401 Mercantile Ln Ste 105
Largo, MD 20774

      Re:     Case No. AW 12-1772

Dear Counsel:

      Your Notice of Service of Requests for Admissions  was filed electronically on 5/21/2012; however, it is deficient in the area(s) checked below.  The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Documents filed in wrong case**

☐ Case caption and number do not match. Document should be refiled in case number _____.

☐ Case number is incorrect and correct number cannot be determined.  Document should be refiled in correct case.

☐ Document filed in consolidated member case that should have been filed in lead case. Document should be refiled in case number _____.

**Noncompliance with L.R. 102 or 104**

☐ A certificate of service indicating how service was made on parties not receiving electronic notification has not been filed.

☒ Discovery materials (requests and responses) should not be filed with the Court unless in support of a motion or by court order.

☐ Fed. R. Civ. P. 26(a) disclosure should not be filed with the Court.

**Miscellaneous**

☐ Offer of judgment should not be filed with the Court until it has been accepted.  Fed. R. Civ. P. 68.

☐ Attachments or exhibits missing.

Very truly yours,

/s/
R. Smith for
Felicia C. Cannon, Clerk

cc: Other counsel/party
Filed in Error Letter - Clerk's Version (Rev. 02/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**