# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CASE NO.** 8:11-cv-01772-AW

PATRICK COLLINS, INC.

    Plaintiff,

v.

ELLEN HARRIS.

    Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT, ELLEN HARRIS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Patrick Collins, Inc. (Plaintiff") and Defendant, Ellen Harris ("Defendant") have settled this matter. A condition of the settlement requires the parties to file this Stipulation of Dismissal. Accordingly, Plaintiff hereby voluntarily dismisses all claims asserted against Defendant, Ellen Harris in this litigation *with prejudice.*

Dated: July 10, 2012

Respectfully submitted

| | |
|---|---|
| */s/ Jon A. Hoppe*_____ | */s/ Matheau J. W. Stout* |
| Jon A. Hoppe, Esquire #6479 | Matheau J. W. Stout (28054) |
| Maddox, Hoppe, Hoofnagle & Hafey, L.L.C. | P.O. Box 26144 |
| 1401 Mercantile Lane #105 | Baltimore, Maryland 21210 |
| Largo, Maryland 20774 | (410) 929-9860 Tel |
| (301) 341-2580 | (410) 415-3165 Alt |
| | (888) 907-1740 Fax |
| *Attorney for Plaintiff Patrick Collins, Inc.* | *Attorney for Defendant Ellen Harris a/k/a John Doe 11* |