IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC., <br> Plaintiff, <br><br> v. <br><br> ELLEN HARRIS, <br> Defendant. | Civil Action No. 11-cv-01772-AW |

**Order**

Pursuant to the Parties' Stipulation of Voluntary Dismissal with Prejudice, Doc. No. 56, it is, this 11th day of July, 2012, ordered that:

1) This action is dismissed against Defendant Ellen Harris, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

1) The Clerk **CLOSE** this case; and

2) The Clerk transmit a copy of this Order to all parties of record.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE